[No. 12490-4-II.   Division Two.   June 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. FRANKLIN W. MARTIN, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 88-1-00773-1, Robert H. Peterson, J., entered December 29, 1988. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Alexander, C.J., and Petrich, J.

[No. 9752-8-III.   Division Three.   June 5, 1990.]

INTERSTATE PRODUCTION CREDIT ASSOCIATION, *Petitioner,* v. COURTRIGHT CATTLE COMPANY, ET AL, *Defendants,* MORGAN COUNTY FEEDERS, INC., ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Grant County, No. 86-2-00047-6, Evan E. Sperline, J., entered December 1, 1988. *Affirmed* by unpublished opinion per Thompson, J., concurred in by Munson, C.J., and Green, J.

[No. 9988-1-III.   Division Three.   June 5, 1990.]

THE STATE OF WASHINGTON, *Respondent,* v. ROBERT W. COWIN, JR., *Appellant.*

Appeal from a judgment of the Superior Court for Kittitas County, No. 88-1-00231-1, Michael E. Cooper, J., entered April 24, 1989. *Reversed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Thompson, J.